_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**      DISTRICT OF      **TEXAS**

UNITED STATES OF AMERICA

V.

**Juan Diego Mendez Velasquez
Ocampo, Guanajuato
Mexico**

## CRIMINAL COMPLAINT

Case Number:      **L-10-PO3543**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about    **June 8, 2010**    in   **Laredo, Texas**     **Webb**    County, in

the    Southern    District of Texas,    **Juan Diego Mendez Velasquez**    defendant(s) ,

(Date)

a    **Mexican**    alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title    **8**    United States Code, Section(s)    **1325 (a) (1)**

I further state that I am a(n)    **Border Patrol Agent**    and that this complaint is based on the

Official Title

following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by,    **Juan Diego Mendez Velasquez**    , who admitted to being a citizen of    **Mexico**    , who entered and attempted to enter illegally into the United States by wading the Rio Grande River near,    **Laredo, Texas**    , thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on    **June 8, 2010**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/

Signature of Complainant

**Carlos Ruiz**

Printed Name of Complainant

Sworn to before me and signed in my presence,

**June 10, 2010**      at    Laredo, Texas

Date      City and State

**Guillermo R. Garcia**

U.S. Magistrate Judge

Name and Title of Judicial Officer      Signature of Judicial Officer